KEITH WAYNE FRANCIS      Cause No. 01-14-00715-CR      IN THE COURT OF CRIMINAL
            VS                                                    APPEALS
STATE OF TEXAS                    §                          AUSTIN,TX

# PD-0753-15

## PETITIONERS MOTION FOR EXTENSION OF TIME

## TO THE HONORABLE JUDGE OF SAID COURT:

Comes Now, KEITH WAYNE FRANCIS, Petitioner Pro-Se, Does hereby file this motion extension of time for his petition for discretionary review, and would like to show the following:

### 1

Petitioner was not notified direct, From Court Of Appeals, First District Of Texas, Of the Judgement Rendered On April 28th 2015.

### 2

Petitioner will show that he was not notified of the Judgement from Court Of Appeals, First District Of Texas, Until June 5th 2015, through T.D.C.J. Eastham Mailroom, From his appeal Attorney Casey Garrett.

### 3

Petitioner is requesting that Rule 2 of the Texas Department Of Criminal Procedure allows him to request that Rule 9.3 Of The Texas Rules Of Appeallate Procedure be Suspended on the Discretion Of The Court.

### 4

Petitioner is Indigent, and has no way of making the required 11 copies of his Petition before this Court, due to that the Eastham Unit does not provide a copying machine to Petitioner.

### PRAYER

Wherefore, Premesis Considered, Petitioner humbly prays that this Court grant his extension of time, and suspend Rule 9.3 of the Texas Rules Of Appellate Procedure.

FILED IN
COURT OF CRIMINAL APPEALS

JUN 19 2015

Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 19 2015

Abel Acosta, Clerk

# CERTIFICATE OF SERVICE

I, KEITH WAYNE FRANCIS, #117291, hereby certify that the foregoing Motion For Extension Of Time is True and Correct, and is mailing this Motion to the District Clerk of the Court Of Criminal Appeals, P.O. Box 12308, Capitol Station, Austin,TX  78711. On This Day Of June 11th 2015.

**RESPECTFULLY SUBMITTED,**

KEITH WAYNE FRANCIS  # 1175291
Texas Department Of Criminal Justice-
Institutional Division
Eastham Unit
Lovelady,TX    75851

Keith Wayne Francis
#1175291 - Eastham
2665 Prison Rd #1,
Lovelady Tx 75851

NORTH TEXAS TX P&DC
DALLAS TX 750
17 JUN 2015 PM 9 L

District Clerk/Court of
Criminal Appeals
P.O. Box 12308 Capital Station

7871123036008